UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOSHUA WALLIS,

    Plaintiff,

    v.                                         Case No. 17-CV-727

SPAULDING CLINICAL RESEARCH, LLC,

    Defendant.

---

## STIPULATION FOR DISMISSAL OF ACTION

---

The plaintiff, by his attorneys, Agruss Law Firm, LLC, and the defendant, Spaulding Clinical Research, LLC, by its attorneys, O'Neil, Cannon, Hollman, DeJong & Laing S.C., hereby stipulate that this action shall be dismissed by the Court with prejudice and without costs to either party.

Dated this 15th day of January, 2018.

                                                      AGRUSS LAW FIRM, LLC
                                                      Attorneys for Plaintiff

                                                      /s/ James J. Parr
                                                      James J. Parr
                                                      4809 North Ravenswood Avenue, Suite 419
                                                      Chicago, Illinois 60640
                                                      Phone: (312) 224-4695
                                                      james@agrusslawfirm.com

O'NEIL, CANNON, HOLLMAN, DEJONG
& LAING S.C.
Attorneys for Defendant


/s/ Dean P. Laing
Dean P. Laing
111 East Wisconsin Avenue, Suite 1400
Milwaukee, Wisconsin 53202
Phone: (414) 276-5000
dean.laing@wilaw.com